IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LIMING WU,

       Plaintiff,

              14-cv-150-RB-KRS

  v.

RYAN ZINKE, Secretary of
the United States Department of            consolidated with
the Interior, and the UNITED STATES,

                                           17-cv-113-RB-KRS
       Defendants.                      18-cv-813-RB-KRS


## ORDER SUBSTITUTING THE UNITED STATES FOR

## DEFENDANTS SHEILA MALLORY AND KAREN F. GROHMAN

THIS MATTER came before the Court on Defendants' Notice of Substitution of the United States for Defendants Sheila Mallory and Karen F. Grohman. The Court is fully advised in the premises and after consideration of the Notice and Certification in this matter,

THE COURT CONCLUDES that the United States is the proper federal defendant with respect to the common law tort claims alleged in Plaintiff's Fourth Amended Complaint against Defendants Sheila Mallory and Karen F. Grohman.

IT IS THEREFORE ORDERED that the United States of America is substituted as Defendant with respect to the claims alleged in Plaintiff's Fourth Amended Complaint against Defendants Sheila Mallory and Karen F. Grohman.

IT IS FURTHER ORDERED that hereafter, the caption for this cause shall be: *Liming Wu, Plaintiff v. Ryan Zinke, Secretary of the United States Department of the Interior, and the United States, Defendants.*

IT IS SO ORDERED:

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE